Arthur A. Hartinger (SBN 121521)
ahartinger@meyersnave.com
Reichi Lee (SBN 228578)
rlee@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
575 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 421-3711
Facsimile: (415) 421-3767

Attorneys for Defendants
CITY OF FREMONT and CRAIG STECKLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP BROOKS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FREMONT, CRAIG STECKLER, ROBERT NELSON, CHARLES UHLER, CURTIS CODEY, and Does 1-20, Inclusive,<br><br>    Defendants. | CASE NO. CV 07 6458<br><br>**[PROPOSED] ORDER GRANTING MOTIONS TO DISMISS**<br>**(Fed. R. Civ. P. 12(b)(6))**<br><br>Date:        February 20, 2008<br>Time:       10:30 a.m.<br>Courtroom: C, 15th Floor<br>Judge:      Honorable Edward M. Chen<br><br>Complaint Filed: November 26, 2007 |

Having read and considered Defendants City of Fremont and Chief of Police Craig Steckler's motions to dismiss, and good cause appearing therefore,

IT IS ORDERED THAT:

(1)   The First Cause of Action for racial harassment under FEHA against defendant Chief Steckler is dismissed.

(2)   The Fourth Cause of Action under 42 U.S.C. § 1983 against defendant Chief Steckler is dismissed.

(3)   The Fifth Cause of Action under 42 U.S.C. § 1981 against defendant Chief Steckler is dismissed.

(4)   The Sixth Cause of Action for negligent infliction of emotional distress against

1 | defendant Chief Steckler is dismissed.
2 |     (5)    The Seventh Cause of Action for intentional infliction of emotional distress against
3 | defendant Chief Steckler is dismissed.
4 |     (6)    The Sixth Cause of Action for negligent infliction of emotional distress against
5 | defendant City is dismissed.
6 |     (7)    The Seventh Cause of Action for intentional infliction of emotional distress against
7 | defendant City is dismissed.

DATED: _____

                                              Judge of the U.S. District Court,
                                              Northern District of California