1  Arthur A. Hartinger (SBN 121521)
   ahartinger@meyersnave.com
2  Reichi Lee (SBN 228578)
   rlee@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   575 Market Street, Suite 2600
4  San Francisco, California 94105
   Telephone: (415) 421-3711
5  Facsimile: (415) 421-3767

6  Attorneys for Defendants
   CITY OF FREMONT, CRAIG STECKLER,
7  ROBERT NELSON, CHARLES UHLER, CURTIS CODEY

8

9              IN THE UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11 | PHILLIP BROOKS,                | CASE NO.
12 |         Plaintiff,             | **DEFENDANTS' CERTIFICATE OF SERVICE**
13 |     v.                         |
14 | CITY OF FREMONT, CRAIG         |
   | STECKLER, ROBERT NELSON,       |
15 | CHARLES UHLER, CURTIS CODEY,   |
   | and Does 1-20, Inclusive,      |
16 |                                |
17 |         Defendants.            |

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Meyers, Nave, Riback, Silver & Wilson, 575 Market Street, Suite 2600, San Francisco, California 94105

On December 31, 2007 I served the following document(s):

- **NOTICE OF MOTIONS AND BRIEF IN SUPPORT OF MOTIONS TO DISMISS (Fed. R. Civ. P. 12(b)(6))**
- **[PROPOSED] ORDER GRANTING MOTIONS TO DISMISS (Fed. R. Civ. P. 12(b)(6))**

on the parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

| | |
|---|---|
| Douglas C. Kane, Esq. | Attorneys for Plaintiffs |
| LAW OFFICE OF DOUGLAS C. KANE | Telephone: 831-459-8000 |
| 123 Jewell Street | Facsimile: 831-459-8127 |
| Santa Cruz, CA 95060 | |

__x__ (BY FIRST-CLASS MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California. I am readily familiar with the business practice for collection and processing of mail in this office; and that in the ordinary course of business said document would be deposited with the U.S. Postal Service in San Francisco on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED at San Francisco, California, on December 31, 2007.

/s/
Vanessa Buffington

DEFENDANTS' CERTIFICATE OF SERVICE          [CV 07 6458]