```
 1
 2
 3
 4
 5
 6
 7
 8
 9                      UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11  PHILLIP BROOKS,
                                          No. C  CV 07 6458
12
              Plaintiff(s),               DECLINATION TO PROCEED BEFORE
13                                        A MAGISTRATE JUDGE
         v.                                         AND
14  CITY OF FREMONT, CRAIG STECKLER,      REQUEST FOR REASSIGNMENT TO A
    ROBERT NELSON, CHARLES UHLER,         UNITED STATES DISTRICT JUDGE
15  CURTIS CODEY, and Does 1-20. Inclusive.
              Defendant(s).
16  _____/
17
         REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
18
         The undersigned party hereby declines to consent to the assignment of this case to a United
19
    States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
20
    a United States District Judge.
21
22  Dated:  1/2/08                        Signature  Reicla Lee
23                                        Counsel for  Defendants
24                                        (Plaintiff, Defendant, or indicate "pro se")
25
26
27
28
```