1 | **DOUGLAS C. KANE, State Bar No. 198934**
**LAW OFFICE OF DOUGLAS KANE**
123 Jewell Street
Santa Cruz, CA 95060
(831) 459-8000
Fax: (831) 459-8127

**Attorney for Plaintiff PHILLIP BROOKS**

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| PHILLIP BROOKS, | CASE NO. CV 07-6458 |
|---|---|
| Plaintiff, | **DEMAND FOR JURY TRIAL** |
| v. | |
| CITY OF FREMONT, CRAIG STECKLER, ROBERT NELSON, CHARLES UHLER, CURTIS CODEY, and DOES 1-20, inclusive, | |
| Defendants. | |

Plaintiff hereby demands trial by jury.

Dated: January 7, 2008         LAW OFFICE OF DOUGLAS KANE


By: /S/ _____
    DOUGLAS C. KANE
    Attorney for Plaintiff

1
JURY DEMAND