1  Arthur A. Hartinger (SBN 121521)
   ahartinger@meyersnave.com
2  Reichi Lee (SBN 228578)
   rlee@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, CA 94607
   Telephone: 510.808.2000
5  Facsimile: 510.444.1108

6  Attorneys for Defendants
   CITY OF FREMONT, CRAIG STECKLER,
7  ROBERT NELSON, CHARLES UHLER, and
8  CURTIS CODEY

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12 | PHILLIP BROOKS,                | CASE NO. C 07-06458 JSW
13 |         Plaintiff,             | **STIPULATION REGARDING TIME TO RESPOND TO COMPLAINT**
14 |    v.
15 |
16 | CITY OF FREMONT, CRAIG STECKLER, ROBERT NELSON, CHARLES UHLER, CURTIS CODEY,
17 | and Does 1-20, Inclusive,      | Complaint Filed: November 26, 2007
18 |         Defendants.

1 | Plaintiff PHILLIP BROOKS and Defendants CITY OF FREMONT, CRAIG STECKLER,
2 | ROBERT NELSON, CHARLES UHLER, and CURTIS CODEY (jointly "Defendants"), by and
3 | through their respective counsel, HEREBY STIPULATE as follows:
4 |     1. Defendants' response to Complaint is due on February 22, 2008;
5 |     2. Plaintiff's opposition is due on March 7, 2008; and
6 |     3. Defendants' reply is due on March 21, 2008.
7 | IT IS SO STIPULATED.

Dated: January 28, 2008

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _Reichi Lee for Art Hartinger_
Arthur A. Hartinger, Esq.
Reichi Lee, Esq.
Attorneys for Defendants
CITY OF FREMONT, CRAIG STECKLER,
ROBERT NELSON, CHARLES UHLER, and
CURTIS CODEY

Dated: January 28, 2008

LAW OFFICE OF DOUGLAS KANE

By: _____
Douglas C. Kane, Esq.
Attorney for Plaintiff
PHILLIP BROOKS