1 | **DOUGLAS C. KANE, State Bar No. 198934**
**LAW OFFICE OF DOUGLAS KANE**
2 | **123 Jewell Street**
**Santa Cruz, CA  95060**
3 | **(831) 459-8000**
**Fax:  (831) 459-8127**
4 |

5 | **Attorney for Plaintiff PHILLIP BROOKS**

6 |
7 |
8 | IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
9 |
10 | **PHILLIP BROOKS,** | **CASE NO. CV 07-6458**
11 | Plaintiff, | **STIPULATION TO DISMISS DEFENDANTS CHARLES UHLER AND CURTIS CODEY WITH PREJUDICE**
12 | v. |
13 | **CITY OF FREMONT, CRAIG STECKLER, ROBERT NELSON, CHARLES UHLER, CURTIS CODEY,** |
14 | **and DOES 1-20, inclusive,** |
15 | Defendants. |
16 |
17 | The parties hereby stipulate through their counsel to dismiss all causes of action
18 | against defendants Charles Uhler and Curtis Codey only, with prejudice.
19 |
20 | Dated: February 19, 2008      LAW OFFICE OF DOUGLAS KANE
21 |
22 |                              By: ___/S/_____
23 |                                  DOUGLAS C. KANE
                                     Attorney for Plaintiff
24 | Dated February 19, 2008       MEYERS NAVE RIBACK SILVER & WILSON
25 |
26 |                              By: ___/S/_____
27 |                                  REICHI LEE
                                     Attorney for Defendants
28 |

1