Arthur A. Hartinger (SBN 121521)
ahartinger@meyersnave.com
Reichi Lee (SBN 228578)
rlee@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: 510.808.2000
Facsimile: 510.444.1108

Attorneys for Defendants
CITY OF FREMONT, CRAIG STECKLER,
ROBERT NELSON, CHARLES UHLER, and
CURTIS CODEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP BROOKS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FREMONT, CRAIG STECKLER, ROBERT NELSON, CHARLES UHLER, CURTIS CODEY, and Does 1-20, Inclusive,<br><br>    Defendants. | CASE NO. C 07-06458 JSW<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS (Fed. R. Civ. P. 12(b)(6))<br><br>Date:  March 28, 2008<br>Time:  9:00 a.m.<br>Place: Courtroom 2, 17th Floor<br><br>The Hon. Jeffrey S. White<br><br>Complaint Filed: November 26, 2007 |

Having read and considered Defendants City of Fremont, Chief of Police Craig Steckler, and Captain Nelson's motions to dismiss, and good cause appearing therefore,

IT IS ORDERED THAT:

None of the causes of action as articulated in the Complaint state a sufficient claim against defendants Chief Steckler and Captain Nelson. Further, the Sixth and Seventh Causes of Action for negligent and intentional infliction of emotional distress, fail to state a sufficient claim against the City. Accordingly:

(1)  The First Cause of Action for racial harassment under FEHA against defendants Chief Steckler and Captain Nelson is dismissed.

1

  (2) The Fourth Cause of Action under 42 U.S.C. section 1983 against defendants Chief Steckler and Captain Nelson is dismissed.

  (3) The Fifth Cause of Action under 42 U.S.C. section 1981 against defendants Chief Steckler and Captain Nelson is dismissed.

  (4) The Sixth Cause of Action for negligent infliction of emotional distress against defendants Chief Steckler and Captain Nelson is dismissed.

  (5) The Seventh Cause of Action for intentional infliction of emotional distress against defendants Chief Steckler and Captain Nelson is dismissed.

  (6) The Sixth Cause of Action for negligent infliction of emotional distress against defendant City is dismissed.

  (7) The Seventh Cause of Action for intentional infliction of emotional distress against defendant City is dismissed.

DATED: _____

                         Judge of the U.S. District Court,
                         Northern District of California