UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP BROOKS

       Plaintiff(s),                                      No. C 07-06458 JSW

   v.                                            **CLERK'S NOTICE**

FREMONT CITY OF

       Defendant(s).

_____/

YOU ARE HEREBY NOTIFIED that on April 18, 2008, at 9:00 a.m., immediately following the hearing on the Motion to Dismiss, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** March 28, 2008 , in this matter. The joint case management statement shall be due on or before April 11, 2008.

Richard W. Wieking
Clerk, United States District Court

By:_____*Jennifer Ottolini*_____
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

Dated:  March 17, 2008