Arthur A. Hartinger (SBN 121521)
ahartinger@meyersnave.com
Reichi Lee (SBN 228578)
rlee@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: 510.808.2000
Facsimile: 510.444.1108

Attorneys for Defendants
CITY OF FREMONT, CRAIG STECKLER,
ROBERT NELSON, CHARLES UHLER, and
CURTIS CODEY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP BROOKS,<br><br>       Plaintiff,<br><br>    v.<br><br>CITY OF FREMONT, CRAIG STECKLER, ROBERT NELSON, CHARLES UHLER, CURTIS CODEY, and Does 1-20, Inclusive,<br><br>       Defendants. | CASE NO. C 07-06458 JSW<br><br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

2    named parties, there is no such interest to report.

3

4    Dated: April 11, 2008        MEYERS, NAVE, RIBACK, SILVER & WILSON

5

6                                    /s/ Reichi Lee

7    By:_____

     Arthur A. Hartinger, Esq.

8    Reichi Lee, Esq.

     Attorneys for Defendants

9    CITY OF FREMONT, CRAIG STECKLER,

     ROBERT NELSON

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                    [C 07-06458 JSW]
1082288.1