**DOUGLAS C. KANE, State Bar No. 198934**
dougkane@protectingrights.net
**LAW OFFICE OF DOUGLAS KANE**
123 Jewell Street
Santa Cruz, CA 95060
(831) 459-8000
Fax: (831) 459-8127

**Attorney for Plaintiff PHILLIP BROOKS**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP BROOKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FREMONT, CRAIG STECKLER, ROBERT NELSON, CHARLES UHLER, CURTIS CODEY, and DOES 1-20, inclusive,<br><br>　　　　Defendants. | CASE NO. CV 07-6458<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |

　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, plaintiff is aware of no other interested entities or parties.

.

Dated: April 11, 2008　　　　　　　　　　LAW OFFICE OF DOUGLAS KANE


　　　　　　　　　　　　　　　　　　　　By: _/S/_____
　　　　　　　　　　　　　　　　　　　　　　DOUGLAS C. KANE
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1
CERTIFICATION OF INTERESTED PARTIES OR ENTITIES