**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILLIP BROOKS,

    Plaintiff,

v.

CITY OF FREMONT, et al.,

    Defendants.

No. C 07-06458 JSW

**ORDER VACATING HEARING DATE AND CASE MANAGEMENT CONFERENCE**

Defendants' motion to dismiss is currently set for hearing on Friday, April 18, 2008 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for April 18, 2008 is HEREBY VACATED.

The Court FURTHER ORDERS that the Case Management Conference set for April 18, 2008 is VACATED. The Court will reschedule the Case Management Conference in the order resolving Defendants' motion to dismiss.

**IT IS SO ORDERED.**

Dated: April 17, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE