Arthur A. Hartinger (SBN 121521)
ahartinger@meyersnave.com
Reichi Lee (SBN 228578)
rlee@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: 510.808.2000
Facsimile: 510.444.1108

Attorneys for Defendant
CITY OF FREMONT

Douglas C. Kane (SBN 198934)
dougkane@protectingrights.net
LAW OFFICE OF DOUGLAS KANE
123 Jewell Street
Santa Cruz, CA 95060
Telephone: (831) 459-8000
Facsimile: (831) 459-8127

Attorney for Plaintiff
PHILLIP BROOKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP BROOKS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FREMONT, CRAIG STECKLER, ROBERT NELSON, CHARLES UHLER, CURTIS CODEY, and Does 1-20, Inclusive,<br><br>    Defendants. | CASE NO. C 07-06458 JSW<br><br>**JOINT MOTION REQUESTING EXTENSION OF DEADLINE FOR CONDUCTING MEDIATION AND [PROPOSED] ORDER** |

The parties to this action jointly submit this Motion to request an extension of deadline for conducting the mediation in this matter.

    A.    <u>Considerations Supporting The Request</u>

The parties originally agreed to participate in mediation by June 16, 2008 (the presumptive deadline -- 90 days from the date of the Order Selecting ADR Process). However, in light of

conflicts with the parties' and mediator's schedules and defense counsel's summer trial calendars, as well as the parties' desire to conduct limited discovery in preparation for the mediation, the parties request an extension to August 12, 2008 to conduct the mediation.

**B.    All Parties Concur**

Counsel have met and conferred regarding mediation. All parties concur with the request to move the mediation to August 12, 2008. The mediator is also in agreement with this date.

**C.    Proposed Order**

See attached Proposed Order.

Dated: May 29, 2008         MEYERS, NAVE, RIBACK, SILVER & WILSON

                            /s/ Reichi Lee
                        By:_____
                            Arthur A. Hartinger, Esq.
                            Reichi Lee, Esq.
                            Attorneys for Defendants
                            CITY OF FREMONT, CRAIG STECKLER,
                            ROBERT NELSON

Dated: May 29, 2008         LAW OFFICE OF DOUGLAS KANE

                            /s/ Doug Kane
                        By:_____
                            Douglas C. Kane, Esq.
                            Attorney for Plaintiff
                            PHILLIP BROOKS

**[PROPOSED] ORDER**

Having read and considered the parties' Joint Motion Requesting Extension of Deadline for Conducting Mediation, and good cause appearing, the Court sets the new deadline to conduct mediation by August 12, 2008.

**IT IS SO ORDERED.**

Dated: _____

                                        Hon. Jeffrey S. White
                                        United States District Court Judge