Arthur A. Hartinger (SBN 121521)
ahartinger@meyersnave.com
Reichi Lee (SBN 228578)
rlee@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: 510.808.2000
Facsimile: 510.444.1108

Attorneys for Defendant
CITY OF FREMONT

Douglas C. Kane (SBN 198934)
dougkane@protectingrights.net
LAW OFFICE OF DOUGLAS KANE
123 Jewell Street
Santa Cruz, CA 95060
Telephone: (831) 459-8000
Facsimile: (831) 459-8127

Attorney for Plaintiff
PHILLIP BROOKS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP BROOKS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FREMONT, CRAIG STECKLER, ROBERT NELSON, CHARLES UHLER, CURTIS CODEY, and Does 1-20, Inclusive,<br><br>    Defendants. | CASE NO. C 07-06458 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE PENDING CASE DISMISSAL**<br><br><br>Complaint Filed: November 26, 2007 |

1  The parties hereby stipulate that the case settled at mediation on July 8, 2008.
2  The parties seek to continue the case management conference currently set for July 11,
3  2008 at 1:30 p.m. for 30 days pending resolution of the settlement and filing of the
4  appropriate dismissals.

**IT IS SO STIPULATED.**

Dated: July 9, 2008           MEYERS, NAVE, RIBACK, SILVER & WILSON

                              By:    /s/ Arthur A. Hartinger
                                     Arthur A. Hartinger, Esq.
                                     Attorneys for Defendant
                                     CITY OF FREMONT

Dated: July 9, 2008           LAW OFFICE OF DOUGLAS KANE

                              By:    /s/ Douglas C. Kane
                                     Douglas C. Kane, Esq.
                                     Attorney for Plaintiff
                                     PHILLIP BROOKS

### [Proposed] Order

The case management conference in this matter is hereby continued for 30 days. If the dismissal of the case is filed before the due date of the Joint Case Management Conference Statement, the case management conference will be deemed vacated.

**IT IS SO ORDERED.**

DATED: _____          _____
                             The Honorable Jeffrey S. White
                             United States District Court Judge