1  Arthur A. Hartinger (SBN 121521)
   ahartinger@meyersnave.com
2  Reichi Lee (SBN 228578)
   rlee@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, CA  94607
   Telephone: 510.808.2000
5  Facsimile: 510.444.1108

6  Attorneys for Defendant
7  CITY OF FREMONT

8  Douglas C. Kane (SBN 198934)
   dougkane@protectingrights.net
9  LAW OFFICE OF DOUGLAS KANE
   123 Jewell Street
10 Santa Cruz, CA 95060
   Telephone: (831) 459-8000
11 Facsimile: (831) 459-8127

12 Attorney for Plaintiff
   PHILLIP BROOKS
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 | PHILLIP BROOKS,                         | CASE NO. C 07-06458 JSW
18 |              Plaintiff,                 | **STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE PENDING CASE DISMISSAL**
19 |     v.                                  |
20 | CITY OF FREMONT, CRAIG STECKLER, ROBERT NELSON, CHARLES UHLER, CURTIS CODEY, and Does 1-20, Inclusive, |
21 |                                         |
22 |                                         |
23 |              Defendants.                | Complaint Filed: November 26, 2007

24
25
26
27
28

1

Stipulation and [Proposed] Order Re Continuance of Case
Management Conference Pending Case Dismissal
1113717.1                                              [C 07-06458 JSW]

The parties hereby stipulate that the case settled at mediation on July 8, 2008. The parties seek to continue the case management conference currently set for July 11, 2008 at 1:30 p.m. for 30 days pending resolution of the settlement and filing of the appropriate dismissals.

**IT IS SO STIPULATED.**

Dated: July 9, 2008                MEYERS, NAVE, RIBACK, SILVER & WILSON

                                   By:    /s/ Arthur A. Hartinger
                                          Arthur A. Hartinger, Esq.
                                          Attorneys for Defendant
                                          CITY OF FREMONT

Dated: July 9, 2008                LAW OFFICE OF DOUGLAS KANE

                                   By:    /s/ Douglas C. Kane
                                          Douglas C. Kane, Esq.
                                          Attorney for Plaintiff
                                          PHILLIP BROOKS

~~[Proposed]~~ Order

The case management conference in this matter is hereby continued ~~for 30 days~~ to August 15, 2008. If the dismissal of the case is filed before the due date of the Joint Case Management Conference Statement, the case management conference will be deemed vacated.

**IT IS SO ORDERED.**

DATED: July 10, 2008                _/s/ Jeffrey S. White_
                                    The Honorable Jeffrey S. White
                                    United States District Court Judge