# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Brooks,<br><br>         Plaintiff(s),<br><br>    v.<br><br>City of Fremont,<br><br>         Defendant(s). | No. C 07-06458 JSW MED<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) July 8, 2008

2. Did the case settle?    ☒ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: July 9, 2008

Mediator, JoAnne Dellaverson
Law Offices of JoAnne Dellaverson
81 Throckmorton Ave., Suite 203
Mill Valley, CA 94941

Certification of ADR Session
07-06458 JSW MED