**DOUGLAS C. KANE, State Bar No. 198934**
**LAW OFFICE OF DOUGLAS KANE**
**123 Jewell Street**
**Santa Cruz, CA  95060**
**(831) 459-8000**
**Fax:  (831) 459-8127**

**Attorney for Plaintiff PHILLIP BROOKS**

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILLIP BROOKS,** | **CASE NO. CV 07-6458** |
| **Plaintiff,** | **STIPULATION TO DISMISS** |
| **v.** | |
| **CITY OF FREMONT, CRAIG STECKLER, ROBERT NELSON, CHARLES UHLER, CURTIS CODEY, and DOES 1-20, inclusive,** | |
| **Defendants.** | |

The parties hereby stipulate through their counsel that plaintiff's complaint and all causes of action contained therein be dismissed with prejudice. Plaintiff and defendant further agree to bear their own costs and attorney's fees.

Dated: July 17, 2008                    LAW OFFICE OF DOUGLAS KANE


By:    /S/
         DOUGLAS C. KANE
         Attorney for Plaintiff

Dated July 17, 2008                     MEYERS NAVE RIBACK SILVER & WILSON


By:    /S/
         REICHI LEE
         Attorney for Defendants

1

1    IT IS SO ORDERED:

2

3

Dated:  July 21, 2008  , 2008                    _____

4                                                United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28